# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| PAMELA SHARAIL POWELL, ) | |
| ) | CASE NO. 22-57011-SMS |
| Debtor. ) | |
| ) | |
| MICHELE MCCAULEY, ) | |
| ) | |
| Plaintiff. ) | JUDGE SAGE M. SIGLER |
| ) | |
| vs. ) | ADVERSARY NO. 22-05166-SMS |
| ) | |
| PAMELA SHARAIL POWELL, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF CONSENT

COMES NOW, Michael F. Burrow, counsel of record for the Debtor, and files this Certificate of Consent pursuant to BLR 9010-5(c) and shows the court the following:

1.

Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on September 3, 2022.

2.

Michelle McCauley, Plaintiff, filed the above-referenced adversary proceeding on December 6, 2022 objecting to the discharge of certain debts Plaintiff alleges arose from the willful and malicious injury by Debtor to the Plaintiff.

3.

The Debtor has consulted with counsel regarding the above-referenced adversary and has requested that counsel not represent her in the adversary proceeding.

4.

Debtor has been advised and understands that this is an adversary proceeding initiated by Plaintiff objecting to the discharge of certain debts pursuant to 11 U.S.C. § 523(a)(6) and that the case number associated with said adversary is 22-05166.

5.

Debtor has been advised and understands that Plaintiff is represented by Mari L. Myer, with The Myer Law Firm and the address and phone number for opposing counsel is Suite 308, 125 East Trinity Place, Decatur, Georgia 30030, (404) 601-4125. Opposing counsel's email address is mmyer@myerlawatlanta.com.

6.

Debtor has been advised and understands that the clerk of court remains the same at Room 1340, Russell Federal Building, 75 Ted Turner Dr., S.W., Atlanta, GA 30303. The clerk of court telephone number is (404) 215-1000.

7.

Debtor has been advised and understands that the Trustee in his Chapter 7 bankruptcy is S. Gregory Hays and his address and phone number is Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, Georgia 30305, (404) 926-0060.

8.

Debtor has been advised and understands that Debtor will have the obligation to promptly file a written statement with the Bankruptcy Court and mail to all adverse parties or counsel showing: (1) the names of the parties and the number of each case, adversary proceeding, or contested matter in which you are a party and (2) your current telephone number and mailing address.

9.

Debtor has been advised and understands that Debtor will have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter; or to hire other counsel to do so. The failure or refusal to meet these obligations may result in adverse consequences.

10.

Debtor has been advised and understands that a motion or answer to complaint is due in this adversary on or before January 5, 2023, if Debtor chooses to file one.

11.

Debtor's current mailing address and phone number is 2426 Leslie Brook Dr., Decatur, Georgia 30035, (770) 369-1848. Debtor has been advised and understands that Debtor must promptly update the Court of any changes to Debtor's address and phone number as service of

all notices, pleadings, and other papers will be made upon Debtor at Debtor's last known address.

12.

Debtor has been advised and understands that the dates and holdings of any hearings or trials that have been scheduled and any applicable deadlines will not be affected by the withdrawal of counsel.

13.

Debtor has been advised and understands that the Bankruptcy Court retains jurisdiction in all matters pertaining to this case.

WHEREFORE, the undersigned requests that the Court issue an Order permitting the undersigned to withdraw as counsel of record pursuant to BLR 9010-5(c).

This 12th day of December, 2022.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

/s/
Michael F. Burrow
Attorney for the Debtor
Georgia Bar No. 317998
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

CONSENTED TO BY:

/s/
Pamela Sharail Powell
Debtor/Defendant
2426 Leslie Brook Dr.
Decatur, GA 30035
(770) 369-1848

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served the within and foregoing Certificate of Consent by depositing same in the United States mail, properly addressed as follows:

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305

The Myer Law Firm
Attn: Mari L. Myer
Suite 308
125 East Trinity Place
Decatur, GA  30030

Office of the United States Trustee
362 Ted Truner Drive, SW
Atlanta, GA  30303

Pamela Sharail Powell
2426 Leslie Brook Dr.
Decatur, GA  30035

This 12th day of December, 2022.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

/s/
Michael F. Burrow
Attorney for the Debtor
Georgia Bar No. 317998
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com